RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Cesar Rafael Cruz

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00314-KJD-VCF |
| Plaintiff, | ORDER ┌ TO CONTINUE **PRETRIAL RELEASE REVOCATION HEARING** (First Request) |
| v. | |
| CESAR RAFAEL CRUZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Cesar Rafael Cruz, that the Revocation Hearing currently scheduled on April 20, 2021 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.      The parties are working on a resolution.  Additionally, defense counsel requires additional time speak to Mr. Cruz and discuss the resolution.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

1    This is the first request for a continuance of the pretrial release revocation hearing.

2  Counsel for the government is not available on May 4, 2021.

3    DATED this 19th day of April 2021.

4

5  RENE L. VALLADARES                    CHRISTOPHER CHIOU
   Federal Public Defender               Acting United States Attorney

6

7       /s/ Rebecca A. Levy                   /s/ Edward G. Veronda
   By_____         By_____

8  REBECCA A. LEVY                       EDWARD G. VERONDA
   Assistant Federal Public Defender     Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00314-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| CESAR RAFAEL CRUZ, | |
| Defendant. | |

    IT IS ORDERED that the pretrial release revocation hearing currently scheduled for Tuesday, April 20, 2021 at 2:00 p.m., be vacated and continued to _____ May 10, 2021, at 11:00 a.m., Courtroom 3A.

    DATED this _20th_ day of April 2021.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge

3